Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 08−15460−pmc**

**In re:**

| | |
|---|---|
| Michael D Capretta | Sherry M Capretta |
| 106 Sanford Street | **Aka** −Sherry M Denicola |
| Painesville, OH 44077 | 106 Sanford Street |
| | Painesville, OH 44077 |

**Social Security No.:**
xxx−xx−4848         xxx−xx−4237

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Virgil E Brown Jr is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 26, 2008          /s/ Pat E. Morgenstern−Clarren
Form ohnb136                          United States Bankruptcy Judge